```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 5, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

BLACKROCK ALLOCATION TARGET
SHARES: SERIES S PORTFOLIO et al.,

        Plaintiffs,

    -v-

U.S. BANK NATIONAL ASSOCIATION,

        Defendant,

THE TRUSTS IDENTIFIED IN EXHIBIT 1,

        Nominal defendant.

14-cv-9401 (KBF)

------------------------------------------------------------ X

NATIONAL CREDIT UNION ADMINISTRATION
BOARD as Liquidating Agent of U.S. Central
Federal Credit Union et al.,

        Plaintiffs,

    -v-

U.S. BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, NA,

        Defendants.

14-cv-9928 (KBF)

------------------------------------------------------------ X

PHOENIX LIGHT SF LIMITED et al.,

        Plaintiffs,

    -v-

U.S. BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, NA,

        Defendants.

14-cv-10116 (KBF)

<u>ORDER</u>

------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

    The Court intends to resolve the pending motions to dismiss shortly in each of the above-referenced cases. The Court is close, but not quite done yet. Oral argument is unnecessary. The Court further believes that it would be more efficient to hold off on any conference until the motions to dismiss are resolved. Accordingly, the May 7, 2015 conference is ADJOURNED. The Court will set a different conference date once it resolves the pending motions, as necessary.

    SO ORDERED.

Dated:    New York, New York
            May 5, 2015

                                                  KATHERINE B. FORREST
                                                  United States District Judge