UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK CORE BOND PORTFOLIO; *et al*.,<br><br>Plaintiffs,<br><br>-against-<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 14-cv-9401-KBF<br><br>**JURY DEMAND** |

**APPENDIX TO AMENDED CLASS ACTION COMPLAINT**

**APPENDIX**

Exhibit 1:     The Trusts

Exhibit 2:     The Plaintiffs

Exhibit 3:     U.S. Bank's Knowledge of the Trusts' Poor Performance

Exhibit 4:     U.S. Banks' Knowledge of the Trusts' Delinquency Rates and Collateral Losses

Exhibit 5:     U.S. Bank's Obligations under the Governing Agreements (Charts 1 – 15)

Exhibit 6:     The Escalating Delinquency Rates in the Trusts

Exhibit 7:     The Increasing Collateral Write Downs in the Trusts

Exhibit 8:     The Accelerating Loan Modifications in the Trusts

Exhibit 9:     U.S. Bank's Knowledge of Originators' Breaches of Representations and Warranties

Exhibit 10:    U.S. Bank's Knowledge of Sponsors' Breaches of Representations and Warranties

Exhibit 11:    U.S. Bank's Knowledge of Seller Breaches of Representations and Warranties

Exhibit 12:    U.S. Bank Putback Actions for Other RMBS Trusts Involving Common Originators and Sponsors

Exhibit 13:    U.S. Bank's Knowledge of Systemic Violations of Prudent Servicing Standards and Foreclosure Obligations

Exhibit 14:    U.S. Bank's Knowledge of Lengthening Foreclosure Timelines


Dated: July 2, 2015                BERNSTEIN LITOWITZ BERGER
                                       & GROSSMANN LLP

                                   */s/Blair A. Nicholas*
                                   BLAIR A. NICHOLAS

                                   BLAIR A. NICHOLAS (admitted *Pro Hac Vice*)
                                   TIMOTHY A. DELANGE (admitted *Pro Hac Vice*)
                                   BENJAMIN GALDSTON (admitted *Pro Hac Vice*)
                                   DAVID R. KAPLAN (admitted *Pro Hac Vice*)
                                   LUCAS E. GILMORE (admitted *Pro Hac Vice*)
                                   12481 High Bluff Drive, Suite 300

-2-

San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Counsel for Plaintiffs and the Class*