# EXHIBIT 1

Case 1:14-cv-09401-PGG-AJP   Document 74-2   Filed 07/02/15   Page 1 of 9

# Exhibit 1

## Trusts At Issue

| | Abbr. Trust Name | Full Legal Name of Issuing Trust | Plaintiff Noteholder |
|---|---|---|---|
| 1 | AABST 2004-6 | Aegis Asset Backed Securities Trust 2004-6 | PIMCO - Fixed Income SHares: Series M |
| | | | PIMCO - PIMCO Cayman SPC Limited: PIMCO Cayman Global Aggregate Bond Segregated Portfolio |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund |
| | | | PIMCO - PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV eFund |
| 2 | AABST 2005-1 | Aegis Asset Backed Securities Trust 2005-1 | PIMCO - Fixed Income SHares: Series M |
| | | | PIMCO - PIMCO Cayman SPC Limited: PIMCO Cayman Japan CorePLUS Strategy Segregated Portfolio |
| 3 | AABST 2005-3 | Aegis Asset Backed Securities Trust 2005-3 | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
| | | | Prudential - The Prudential Investment Portfolios, Inc. 17 |
| 4 | ACCR 2004-2 | Accredited Mortgage Loan Trust 2004-2 | PIMCO - PIMCO Funds: PIMCO Income Fund |
| 5 | ACCR 2005-3 | Accredited Mortgage Loan Trust 2005-3 | PIMCO - Fixed Income SHares: Series M |
| | | | PIMCO - PIMCO Absolute Return Strategy IV Master Fund LDC |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, PIMCO Credit Absolute Return Fund |

| Abbr. Trust Name | Full Legal Name of Issuing Trust | Plaintiff Noteholder |
|---|---|---|
| | | PIMCO - PIMCO Funds: PIMCO Floating Income Fund |
| | | PIMCO - PIMCO Funds: PIMCO Global Advantage® Strategy Bond Fund |
| | | PIMCO - PIMCO Funds: PIMCO Income Fund |
| | | PIMCO - PIMCO Funds: PIMCO Low Duration Fund |
| | | PIMCO - PIMCO Funds: PIMCO Mortgage Opportunities Fund |
| | | PIMCO - PIMCO Funds: PIMCO StocksPLUS® AR Short Strategy Fund |
| | | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
| | | Prudential - The Prudential Investment Portfolios 9 |
| | | TIAA-CREF - TIAA-CREF Life Insurance Company |
| | | TIAA-CREF - TIAA-CREF Short-Term Bond Fund |
| 6 | BAYRT 2005-E | Bayview Financial Revolving Mortgage Loan Trust 2005-E | PIMCO - PIMCO Funds: PIMCO Income Fund |
| 7 | BAYV 2005-A | Bayview Financial Mortgage Pass-Through Trust 2005-A | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
| 8 | GPHE 2004-2 | GreenPoint Home Equity Loan Trust 2004-2 | PIMCO - PIMCO Funds: PIMCO Short-Term Fund |
| 9 | GPHE 2004-3 | GreenPoint Home Equity Loan Trust 2004-3 | PIMCO - PIMCO Global Credit Opportunity Master Fund LDC |
| 10 | HEMT 2006-2 | Home Equity Mortgage Trust 2006-2 | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
| 11 | HMBT 2004-1 | HomeBanc Mortgage Trust 2004-1 | PIMCO - LVS I LLC |
| | | | PIMCO - LVS II LLC |
| | | | PIMCO - PIMCO Funds: PIMCO Total Return Fund |

| | Abbr. Trust Name | Full Legal Name of Issuing Trust | Plaintiff Noteholder |
|---|---|---|---|
| | | | PIMCO - PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio |
| 12 | HMBT 2004-2 | **HomeBanc Mortgage Trust 2004-2** | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| 13 | HMBT 2005-1 | **HomeBanc Mortgage Trust 2005-1** | Kore Advisors LP |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund |
| | | | PIMCO - PIMCO Funds: PIMCO EM Fundamental IndexPLUS® AR Strategy Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Total Return Fund II |
| | | | PIMCO - PIMCO Funds: PIMCO Total Return Fund IV |
| | | | PIMCO - PIMCO Income Opportunity Fund |
| 14 | HMBT 2005-3 | **HomeBanc Mortgage Trust 2005-3** | BlackRock - BlackRock Multi-Asset Income - Non-Agency MBS Portfolio |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Low Duration Fund II |
| | | | Prudential - Prudential Retirement Insurance and Annuity Company |
| 15 | HMBT 2005-4 | **HomeBanc Mortgage Trust 2005-4** | BlackRock - BlackRock Core Bond Portfolio |
| | | | BlackRock - BlackRock Enhanced Government Fund, Inc. |
| | | | BlackRock - BlackRock Income Trust, Inc. |
| | | | BlackRock - BlackRock Master Total Return Portfolio of Master Bond LLC |
| | | | PIMCO - PIMCO Cayman Trust: PIMCO Cayman Total Return Strategy Fund |
| | | | PIMCO - PIMCO ETF Trust: PIMCO Total Return Active Exchange-Traded Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Global Bond Fund |

| Abbr. Trust Name | Full Legal Name of Issuing Trust | Plaintiff Noteholder |
|---|---|---|
| | | PIMCO - PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund |
| | | PIMCO - PIMCO Funds: Global Investors Series plc, Total Return Bond Fund |
| | | PIMCO - PIMCO Funds: PIMCO Commodity Real Return Strategy Fund® |
| | | PIMCO - PIMCO Funds: PIMCO Global Advantage® Strategy Bond Fund |
| | | PIMCO - PIMCO Funds: PIMCO International Fundamental IndexPLUS® AR Strategy Fund |
| | | PIMCO - PIMCO Funds: PIMCO Intl Low Volatility RAFI®-PLUS AR Fund |
| | | PIMCO - PIMCO Funds: PIMCO Long-Term Credit Fund |
| | | PIMCO - PIMCO Funds: PIMCO Real Estate Real Return Strategy Fund |
| | | PIMCO - PIMCO Funds: PIMCO Real Return Asset Fund |
| | | PIMCO - PIMCO Funds: PIMCO Real Return Fund |
| | | PIMCO - PIMCO Funds: PIMCO Total Return Fund II |
| | | Prudential - Prudential Retirement Insurance and Annuity Company |
| 16 | HMBT 2005-5 | **HomeBanc Mortgage Trust 2005-5** | BlackRock - BlackRock Multi-Asset Income - Non-Agency MBS Portfolio |
| | | PIMCO - Fixed Income SHares: Series C |
| | | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
| | | PIMCO - PIMCO Funds: PIMCO Diversified Income Fund |
| | | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| 17 | HMBT 2006-2 | **HomeBanc Mortgage Trust 2006-2** | BlackRock - BlackRock Core Bond Portfolio |
| | | BlackRock - BlackRock Core Bond Trust |
| | | BlackRock - BlackRock Master Total Return Portfolio of Master Bond LLC |
| | | BlackRock - BlackRock Multi-Asset Income - Non-Agency MBS Portfolio |
| | | PIMCO - Fixed Income SHares: Series M |

| | Abbr. Trust Name | Full Legal Name of Issuing Trust | Plaintiff Noteholder |
|---|---|---|---|
| | | | PIMCO - PIMCO Absolute Return Strategy 3D Offshore Fund Ltd. |
| | | | PIMCO - PIMCO Bermuda Trust: PIMCO Emerging Markets Bond Fund (M) |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Global Bond Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Commodity Real Return Strategy Fund® |
| | | | PIMCO - PIMCO Funds: PIMCO Foreign Bond Fund (Unhedged) |
| | | | PIMCO - PIMCO Funds: PIMCO Mortgage-Backed Securities Fund |
| | | | PIMCO - PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio |
| 18 | IRWHE 2004-1 | Irwin Whole Loan Home Equity Trust 2004-1 | Aegon - Transamerica Life Insurance Company |
| 19 | IRWHE 2005-1 | Irwin Whole Loan Home Equity Trust 2005-1 | PIMCO - Pacific Bay CDO, Ltd. |
| 20 | LABS 2005-1 | Lehman ABS Corporation Home Equity Loan Asset-Backed Notes, Series 2005-1 | Aegon - Transamerica Life Insurance Company |
| | | | Aegon - Transamerica Premier Life Insurance Company |
| 21 | MLMI 2005-A9 | Merrill Lynch Mortgage Investors Trust, Series 2005-A9 | BlackRock - BlackRock Multi-Asset Income - Non-Agency MBS Portfolio |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Commodity Real Return Strategy Fund® |
| | | | PIMCO - PIMCO Funds: PIMCO Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Income Fund |

| Abbr. Trust Name | Full Legal Name of Issuing Trust | Plaintiff Noteholder |
|---|---|---|
| | | PIMCO - PIMCO Funds: PIMCO Mortgage Opportunities Fund |
| | | PIMCO - PIMCO Funds: PIMCO Real Return Fund |
| | | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| | | PIMCO - PIMCO Global Credit Opportunity Master Fund LDC |
| | | PIMCO - PIMCO Variable Insurance Trust: PIMCO Real Return Portfolio |
| | | TIAA-CREF - TIAA Global Public Investments, MBS LLC |
| | | TIAA-CREF - TIAA-CREF Bond Plus Fund |
| 22 | NYMT 2005-2 | New York Mortgage Trust 2005-2 | PIMCO - PIMCO Funds: PIMCO Mortgage Opportunities Fund |
| | | Prudential - The Prudential Insurance Company of America |
| 23 | SASC 2004-GEL2 | Structured Asset Securities Corporation, Series 2004-GEL2 | PIMCO - PIMCO Cayman SPC Limited: PIMCO Cayman Japan Low Duration Segregated Portfolio |
| 24 | SASC 2004-NP1 | Structured Asset Securities Corporation, Series 2004-NP1 | Prudential - The Prudential Insurance Company of America |
| 25 | TMST 2007-1 | Thornburg Mortgage Securities Trust 2007-1 | Brookfield - Brookfield Total Return Fund Inc. |
| | | PIMCO - PIMCO Funds: Global Investors Series plc, Global Bond Fund |
| | | PIMCO - PIMCO Funds: PIMCO CommoditiesPLUS® Strategy Fund |
| | | PIMCO - PIMCO Funds: PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) |
| | | PIMCO - PIMCO Variable Insurance Trust: PIMCO Total Return Portfolio |
| | | TIAA-CREF - TIAA-CREF Life Insurance Company |
| 26 | TMST 2007-2 | Thornburg Mortgage Securities Trust 2007-2 | PIMCO - PIMCO Absolute Return Strategy 3D Offshore Fund Ltd. |

| Abbr. Trust Name | Full Legal Name of Issuing Trust | Plaintiff Noteholder |
|---|---|---|
| | | PIMCO - PIMCO Absolute Return Strategy IV IDF LLC |
| | | PIMCO - PIMCO Absolute Return Strategy IV Master Fund LDC |
| | | PIMCO - PIMCO Absolute Return Strategy V Master Fund LDC |
| | | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Duration Hedged Fund |
| | | PIMCO - PIMCO Funds: Global Investors Series plc, Global Bond Fund |
| | | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |
| | | PIMCO - PIMCO Funds: PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) |
| | | PIMCO - PIMCO Funds: PIMCO Global Bond Fund (U.S. Dollar-Hedged) |
| | | PIMCO - PIMCO Funds: PIMCO Global Bond Fund (Unhedged) |
| | | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
| | | PIMCO - PIMCO Funds: PIMCO Unconstrained Tax Managed Bond Fund |
| | | PIMCO - PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV eFund |
| | | PIMCO - PIMCO Variable Insurance Trust: PIMCO Unconstrained Bond Portfolio |
| 27 | TMST 2007-3 | **Thornburg Mortgage Securities Trust 2007-3** | BlackRock - BlackRock Master Total Return Portfolio of Master Bond LLC |
| | | PIMCO - PIMCO Bermuda Trust IV: PIMCO Bermuda Global Bond Ex-Japan Fund |
| | | PIMCO - PIMCO Distressed Senior Credit Opportunities Fund II, L.P. |
| | | PIMCO - PIMCO Funds: Global Investors Series plc, Global Bond Fund |
| | | PIMCO - PIMCO Funds: Global Investors Series plc, Total Return Bond Fund |
| | | PIMCO - PIMCO Funds: PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) |
| | | PIMCO - PIMCO Funds: PIMCO Foreign Bond Fund (Unhedged) |

| Abbr. Trust Name | Full Legal Name of Issuing Trust | Plaintiff Noteholder |
|---|---|---|
| | | PIMCO - PIMCO Funds: PIMCO Global Bond Fund (U.S. Dollar-Hedged) |
| | | PIMCO - PIMCO Funds: PIMCO Global Bond Fund (Unhedged) |
| | | PIMCO - PIMCO Funds: PIMCO Income Fund |
| | | PIMCO - PIMCO Funds: PIMCO International Fundamental IndexPLUS® AR Strategy Fund |
| | | PIMCO - PIMCO Funds: PIMCO Intl Low Volatility RAFI®-PLUS AR Fund |
| | | PIMCO - PIMCO Funds: PIMCO Low Volatility RAFI®-PLUS AR Fund |
| | | PIMCO - PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS® AR Strategy Fund |
| | | PIMCO - PIMCO Funds: PIMCO StocksPLUS® Absolute Return Fund |
| | | PIMCO - PIMCO Funds: PIMCO StocksPLUS® AR Short Strategy Fund |
| | | PIMCO - PIMCO Variable Insurance Trust: PIMCO Foreign Bond Portfolio (U.S. Dollar Hedged) |
| | | PIMCO - PIMCO Variable Insurance Trust: PIMCO Foreign Bond Portfolio (Unhedged) |
| | | PIMCO - PIMCO Variable Insurance Trust: PIMCO Total Return Portfolio |