# EXHIBIT 2

# Exhibit 2

## Plaintiffs

| Plaintiff | Plaintiff Fund | Type of Entity | Place of Incorporation |
|---|---|---|---|
| Aegon | Transamerica Life Insurance Company | Corporation | Iowa |
| | Transamerica Premier Life Insurance Company | Corporation | Iowa |
| BlackRock | BlackRock Core Bond Portfolio | Registered Investment Company | Wilmington, Delaware |
| | BlackRock Core Bond Trust | Trust | Cayman Island |
| | BlackRock Enhanced Government Fund, Inc. | Registered Investment Company | Wilmington, Delaware |
| | BlackRock Income Trust, Inc. | Registered Investment Company | Wilmington, Delaware |
| | BlackRock Master Total Return Portfolio of Master Bond LLC | Limited Liability Company | |
| | BlackRock Multi-Asset Income - Non-Agency MBS Portfolio | Registered Investment Company | Wilmington, Delaware |
| Brookfield | Brookfield Total Return Fund Inc. | Corporation | Maryland |
| Kore Advisors LP | Kore Advisors LP | Limited Partnership | Delaware |
| PIMCO | Fixed Income SHares: Series C | Business Trust | Massachusetts |
| | Fixed Income SHares: Series M | Business Trust | Massachusetts |
| | LVS I LLC | Limited Liability Company | Delaware |
| | LVS II LLC | Limited Liability Company | Delaware |
| | Pacific Bay CDO, Ltd. | Exempted Company | Cayman Islands |
| | PIMCO Absolute Return Strategy 3D Offshore Fund Ltd. | Limited Partnership | Cayman Islands |

| Plaintiff | Plaintiff Fund | Type of Entity | Place of Incorporation |
|---|---|---|---|
| | PIMCO Absolute Return Strategy IV IDF LLC | Limited Liability Company | Delaware |
| | PIMCO Absolute Return Strategy IV Master Fund LDC | Limited Duration Company | Cayman Islands |
| | PIMCO Absolute Return Strategy V Master Fund LDC | Limited Duration Company | Cayman Islands |
| | PIMCO Bermuda Trust IV: PIMCO Bermuda Global Bond Ex-Japan Fund | Business Trust | Cayman Islands |
| | PIMCO Bermuda Trust: PIMCO Emerging Markets Bond Fund (M) | Business Trust | Cayman Islands |
| | PIMCO Cayman SPC Limited: PIMCO Cayman Global Aggregate Bond Segregated Portfolio | Exempted Company | Cayman Islands |
| | PIMCO Cayman SPC Limited: PIMCO Cayman Japan CorePLUS Strategy Segregated Portfolio | Business Trust | Cayman Islands |
| | PIMCO Cayman SPC Limited: PIMCO Cayman Japan Low Duration Segregated Portfolio | Business Trust | Cayman Islands |
| | PIMCO Cayman Trust: PIMCO Cayman Total Return Strategy Fund | Business Trust | Cayman Islands |
| | PIMCO Distressed Senior Credit Opportunities Fund II, L.P. | Limited Partnership | Delaware |
| | PIMCO ETF Trust: PIMCO Total Return Active Exchange-Traded Fund | Statutory Trust | Delaware |
| | PIMCO Funds: Global Investors Series plc, Diversified Income Duration Hedged Fund | Business Trust | Ireland |
| | PIMCO Funds: Global Investors Series plc, Diversified Income Fund | Business Trust | Cayman Islands |
| | PIMCO Funds: Global Investors Series plc, Global Bond Fund | Business Trust | Cayman Islands |
| | PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund | Business Trust | Cayman Islands |
| | PIMCO Funds: Global Investors Series plc, Income Fund | Corporation | Ireland |
| | PIMCO Funds: Global Investors Series plc, PIMCO Credit Absolute Return Fund | Business Trust | Cayman Islands |

| Plaintiff | Plaintiff Fund | Type of Entity | Place of Incorporation |
|---|---|---|---|
| | PIMCO Funds: Global Investors Series plc, Total Return Bond Fund | Corporation | Ireland |
| | PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund | Corporation | Ireland |
| | PIMCO Funds: PIMCO CommoditiesPLUS® Strategy Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Commodity Real Return Strategy Fund® | Business Trust | Cayman Islands |
| | PIMCO Funds: PIMCO Diversified Income Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO EM Fundamental IndexPLUS® AR Strategy Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Floating Income Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Foreign Bond Fund (Unhedged) | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Global Advantage® Strategy Bond Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Global Bond Fund (U.S. Dollar-Hedged) | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Global Bond Fund (Unhedged) | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Income Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO International Fundamental IndexPLUS® AR Strategy Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Intl Low Volatility RAFI®-PLUS AR Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Long-Term Credit Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Low Duration Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Low Duration Fund II | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Low Volatility RAFI®-PLUS AR Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Mortgage Opportunities Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Mortgage-Backed Securities Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Real Estate Real Return Strategy Fund | Business Trust | Massachusetts |

| Plaintiff | Plaintiff Fund | Type of Entity | Place of Incorporation |
|---|---|---|---|
| | PIMCO Funds: PIMCO Real Return Asset Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Real Return Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Short-Term Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS® AR Strategy Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO StocksPLUS® Absolute Return Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO StocksPLUS® AR Short Strategy Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Total Return Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Total Return Fund II | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Total Return Fund IV | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Unconstrained Bond Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Unconstrained Tax Managed Bond Fund | Business Trust | Massachusetts |
| | PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | Business Trust | Massachusetts |
| | PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio | Business Trust | Massachusetts |
| | PIMCO Global Credit Opportunity Master Fund LDC | Limited Duration Company | Cayman Islands |
| | PIMCO Income Opportunity Fund | Business Trust | Massachusetts |
| | PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV eFund | Business Trust | Cayman Islands |
| | PIMCO Variable Insurance Trust: PIMCO Foreign Bond Portfolio (U.S. Dollar Hedged) | Business Trust | Delaware |
| | PIMCO Variable Insurance Trust: PIMCO Foreign Bond Portfolio (Unhedged) | Business Trust | Delaware |
| | PIMCO Variable Insurance Trust: PIMCO Real Return Portfolio | Business Trust | Delaware |
| | PIMCO Variable Insurance Trust: PIMCO Total Return Portfolio | Business Trust | Delaware |
| | PIMCO Variable Insurance Trust: PIMCO Unconstrained Bond Portfolio | Business Trust | Delaware |
| Prudential | Prudential Retirement Insurance and Annuity Company | Insurance Company | Connecticut |
| | The Prudential Insurance Company of America | Insurance Company | New Jersey |

| Plaintiff | Plaintiff Fund | Type of Entity | Place of Incorporation |
|---|---|---|---|
| | The Prudential Investment Portfolios 9 | Delaware Statutory Trust | Delaware |
| | The Prudential Investment Portfolios, Inc. 17 | Corporation | Maryland |
| TIAA-CREF | TIAA Global Public Investments, MBS LLC | Limited Liability Company | Delaware |
| | TIAA-CREF Bond Plus Fund | Mutual Fund | Delaware |
| | TIAA-CREF Life Insurance Company | Limited Liability Company | Delaware |
| | TIAA-CREF Short-Term Bond Fund | Mutual Fund | Delaware |