USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLACKROCK CORE BOND
PORTFOLIO, et al.,

           Plaintiffs,

-against-

U.S. BANK NATIONAL ASSOCIATION,

           Defendant.

**ORDER**

14 Civ. 9401 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in open court on January 31, 2018, Plaintiffs' Renewed Motion for Class Certification (Dkt. No. 218) is denied. Defendant's motion for leave to file the Sur-Reply Expert Report of Christopher M. James concerning Plaintiffs' Renewed Motion for Class Certification (Dkt. No. 243) is denied as moot. The Clerk of the Court is directed to terminate the motions (Dkt. Nos. 218, 243).

Dated: New York, New York
       January 31, 2018

SO ORDERED.

Paul G. Gardephe
United States District Judge